DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GREGORY ALEXANDER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-3017

[July 1, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John D. Fry, Judge; L.T. Case No. 062022CF002350A88810.

Daniel Eisinger, Public Defender, and Alan Terry Lipson, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Mary Elizabeth Johnson, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See O'Meara v. State*, 125 So. 3d 871, 871–73 (Fla. 4th DCA 2013) (affirming the trial court's denial of the defendant's motion for judgment of acquittal under section 784.045(1)(a)2., the aggravated battery with a deadly weapon statute, when the evidence showed that the defendant used a handgun as a bludgeon to strike the victim's forehead "causing a small bruise and laceration near the victim's left eye"); *White v. State*, 723 So. 2d 357, 357–58 (Fla. 5th DCA 1998) (holding that "the trial court properly denied the motion for [judgment of] acquittal and correctly submitted the matter to the jury" on an aggravated battery with a deadly weapon charge when the evidence showed that during a struggle for a knife between the defendant and the victim, the defendant hit the victim "in the head with the butt of the knife and [the victim]'s fingers were cut").

GROSS, MAY and LEVINE, JJ., concur.

\*            \*            \*

*Not final until disposition of timely-filed motion for rehearing.*